E-FILED
Thursday, 07 March, 2019  09:33:12 AM
Clerk, U.S. District Court, ILCD

FILED

MAR - 6 2019

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-CR-300 12 |
| | ) |
| KRIGINA ABBEY a/k/a Gina, | ) VIO: 21 U.S.C. §§ 846, |
| SHAWN DAVIS a/k/a S-Dot, Dot, | ) 841(a)(1), (b)(1)(A), (b)(1)(B); |
| MILTON JONES, | ) 21 U.S.C. 843(b); 18 U.S.C. § |
| RANDOLPH SPARKMAN | ) 2. |
| a/k/a Peewee, | ) |
| TOMMY TRAN, and | ) |
| ORLANDO WEBSTER, | ) |
| Defendants. | ) |
| | ) |

## INDICTMENT

THE GRAND JURY CHARGES:

## COUNT ONE

1.      Beginning at least in January 2015 and continuing to on or about February 12, 2019, in the Central District of Illinois and elsewhere, the defendants,

**KRIGINA ABBEY a/k/a Gina,**
**SHAWN DAVIS a/k/a S-Dot, Dot,**
**MILTON JONES,**
**RANDOLPH SPARKMAN a/k/a Peewee,**

**TOMMY TRAN, and**
**ORLANDO WEBSTER,**

knowingly and intentionally, combined, conspired and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: possess with the intent to distribute a controlled substance, namely 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

2.      On May 11, 2018, as part of the conspiracy, defendants **SHAWN DAVIS, a/k/a S-Dot, Dot, ("DAVIS")** and **ORLANDO WEBSTER ("WEBSTER")**, met with a confidential source and obtained payment owed for a prior drug sale.

3.      On June 7, 2018, as part of the conspiracy, defendant **DAVIS** arranged for defendant **RANDOLPH SPARKMAN, a/k/a Peewee ("SPARKMAN")** to sell methamphetamine to a confidential source.

4.      As a further part of the conspiracy, in December 2018, defendant **DAVIS** and defendant **MILTON JONES ("JONES")**, agreed that **JONES** would travel to Chicago, Illinois and transport a controlled substance to **DAVIS** in the Central District of Illinois.

2

5.      As a further part of the conspiracy, in December 2018, defendant **KRIGINA ABBEY, a/k/a Gina ("ABBEY")** agreed with **DAVIS** to wire money to California for the purpose of buying controlled substances.

6.      As a further part of the conspiracy, in December 2018, defendant **WEBSTER** aided and abetted the conspiracy when **WEBSTER** agreed to and in fact transported **ABBEY** and another person to Walmart and CVS for the purpose of wiring funds to California.

7.      As a further part of the conspiracy, in January 2019, defendants **DAVIS** and **TOMMY TRAN ("TRAN")** agreed to and in fact did distribute a controlled substance, wherein **TRAN** mailed and caused to be mailed a package from California to Monroe City, Missouri. The package was expected to arrive on or about January 18, 2019.

8.      As a further part of the conspiracy, in January 2019, defendant **SPARKMAN** agreed to assist **DAVIS** in the retrieval of the above-described package from the Monroe City, Missouri residence to which it was destined.

9.      As a further part of the conspiracy, in February 2019, defendants **DAVIS** and **TRAN** agreed to and in fact did distribute a controlled substance, wherein **TRAN** mailed and caused to be mailed a second package

3

from California to Moberly, Missouri. The package was expected to arrive on or about February 7, 2019.

All in violation of Title 21, United States Code, Sections 846; 841(a)(1) and (b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT TWO

On or about May 3, 2018, in Adams County, in the Central District of Illinois, the defendant,

**SHAWN DAVIS, a/k/a S-Dot, Dot,**

knowingly and intentionally distributed a controlled substance, namely 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT THREE

On or about May 21, 2018, in Adams County, in the Central District
of Illinois, the defendant,

### SHAWN DAVIS, a/k/a S-Dot, Dot,

knowingly and intentionally distributed a controlled substance, namely 50
grams or more of a mixture or substance containing a detectable amount of
methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II
controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and
(b)(1)(B).

## COUNT FOUR

On or about August 6, 2018, in Peoria County, in the Central District of Illinois, the defendant,

**SHAWN DAVIS, a/k/a S-Dot, Dot**

knowingly and intentionally distributed a controlled substance, namely 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT FIVE

On or about December 31, 2018, in Sangamon County, in the Central District of Illinois, the defendant,

### MILTON JONES,

knowingly and intentionally possessed with intent to distribute a controlled substance, namely 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT SIX

On or about December 23, 2018, in the Central District of Illinois, and elsewhere, the defendants,

**KRIGINA ABBEY, a/k/a Gina, and**
**SHAWN DAVIS, a/k/a S-Dot, Dot,**

did knowingly and intentionally use or cause to be used a communication facility, to-wit: use of a telephone, to facilitate the conspiracy to knowingly and intentionally possess with intent to distribute and the distribution of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT SEVEN

On or about December 26, 2018, in the Central District of Illinois, and elsewhere, the defendants,

**KRIGINA ABBEY, a/k/a Gina, and**
**SHAWN DAVIS, a/k/a S-Dot, Dot,**

did knowingly and intentionally use or cause to be used a communication facility, to-wit: use of a telephone, to facilitate the conspiracy to knowingly and intentionally possess with intent to distribute and the distribution of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT EIGHT

On or about December 27, 2018, in the Central District of Illinois, and elsewhere, the defendants,

**KRIGINA ABBEY, a/k/a Gina, and**
**SHAWN DAVIS, a/k/a S-Dot, Dot,**

did knowingly and intentionally use or cause to be used a communication facility, to-wit: use of a telephone, to facilitate the conspiracy to knowingly and intentionally possess with intent to distribute and the distribution of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT NINE

On or about December 27, 2018, in the Central District of Illinois, and elsewhere, the defendants,

**SHAWN DAVIS, a/k/a S-Dot, Dot,**
**TOMMY TRAN, and**
**ORLANDO WEBSTER,**

did knowingly and intentionally use or cause to be used a communication facility, to-wit: use of a telephone, to facilitate the conspiracy to knowingly and intentionally possess with intent to distribute and the distribution of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT TEN

On or about January 3, 2019, in the Central District of Illinois, and elsewhere, the defendants,

**SHAWN DAVIS, a/k/a S-Dot, Dot, and
ORLANDO WEBSTER,**

did knowingly and intentionally use or cause to be used a communication facility, to-wit: use of a telephone, to facilitate the conspiracy to knowingly and intentionally possess with intent to distribute and the distribution of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT ELEVEN

On or about December 29, 2018, in the Central District of Illinois, and elsewhere, the defendants,

**SHAWN DAVIS, a/k/a S-Dot, Dot, and**
**MILTON JONES,**

did knowingly and intentionally use or cause to be used a communication facility, to-wit: use of a telephone, to facilitate the conspiracy to knowingly and intentionally possess with intent to distribute and the distribution of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 843(b).

## COUNT TWELVE

On or about January 17, 2019, in the Central District of Illinois, and elsewhere, the defendants,

**SHAWN DAVIS, a/k/a S-Dot, Dot, and**
**RANDOLPH SPARKMAN, a/k/a Peewee,**

did knowingly and intentionally use or cause to be used a communication facility, to-wit: use of a telephone, to facilitate the conspiracy to knowingly and intentionally possess with intent to distribute and the distribution of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 843(b).

## SPECIAL FINDINGS

In connection with the offenses set forth in Counts One, Two, Three and Four of this Indictment, the following factors are relevant to determining the sentence of the defendant, **SHAWN DAVIS, a/k/a S-Dot, Dot,** pursuant to Title 21, United States Code, Section 851.

1. On or about June 5, 2007, the defendant was convicted in the Circuit Court of Peoria County, Illinois, of the offense of Manufacture/Delivery of a Controlled Substance, Case No. 07-CF-324, a Serious Drug Felony Offense, and as a result:

   a. The defendant served a term of imprisonment of more than 12 months, and;

   b. The defendant was released from imprisonment within 15 years of the commencement of the offenses alleged in Counts One, Two, Three and Four of this Indictment.

In connection with the offenses set forth in Count One of this Indictment, the following factors are relevant to determining the sentence of the defendant, **ORLANDO WEBSTER**, pursuant to Title 21, United States Code, Section 851.

1. On or about July 22, 2010, the defendant was convicted in the Circuit Court of Harrison County, Missouri, of the offense of Distribution or Possession with Intent to Distribute a Controlled Substance, Case No. 09AH-CR00322-01, a Serious Drug Felony Offense, and as a result:

   a. The defendant served a term of imprisonment of more than 12 months, and;

   b. The defendant was released from imprisonment within 15 years of the commencement of the offenses alleged in Count One of this Indictment.

A TRUE BILL,

s/ Foreperson
FOREPERSON

s/ Gregory M. Gilmore          for
JOHN C. MILHISER
UNITED STATES ATTORNEY
CCC